**Order entered October 26, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00289-CV

### IN RE CITY OF DALLAS, Relator

### and

### CITY OF DALLAS, Appellant

### V.

### HEATHER RUSSELL, Appellee

**On Original Proceeding and Appeal from the 68th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-17-16097**

## ORDER
Before Justices Lang, Fillmore and Schenck

Based on the Court's opinion of this date in this consolidated petition for writ of mandamus, and interlocutory appeal and appeal, we **CONDITIONALLY GRANT** relator's petition for writ of mandamus.

We **DIRECT** the trial judge of the 68th Judicial District Court, Dallas County, Texas, to issue an order vacating the portion of its March 8, 2018 order granting Heather Russell's rule 202 petition as to the City of Dallas.

We **ORDER** the trial judge to file with this Court, **within thirty (30) days of the date of this order**, a certified copy of the order issued in compliance with this order.  Should the trial judge fail to comply with this order, the writ will issue.


/s/    DOUGLAS S. LANG
         JUSTICE